```
1   WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
2   Nevada Bar No. 004417
3   208 South Jones Boulevard
    Las Vegas, Nevada 89107
4   Telephone: 702 258-8200
    Fax: 702 258-8787
5
    and
6
    MARK S. BOSCO, ESQ.
7   Arizona Bar No. 010167
    TIFFANY & BOSCO, P.A.
8   2525 East Camelback Road, Suite 300
9   Phoenix, Arizona 85016
    Telephone: (602) 255-6000
10
    Deutsche Bank National Trust Company as Trustee for the holders of Morgan Stanley Structured Trust I
11  2007-1, Asset-Backed Certificates, Series 2007-1
12  09-72337 / 2000313830
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re: | 08-21213-mkn |
|---|---|
| Jorge Rocha | MS Motion No.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### DECLARATION RE BREACH OF CONDITION

STATE OF _____ )
                    )ss.
COUNTY OF Tarrant )

I, \_\_\_\_\_Anna Goodpaster\_\_\_\_\_ declare and state:

1.    As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2.    I am an employee of Saxon Mortgage Services, Inc. servicer for Deutsche Bank National Trust Company as Trustee for the holders of Morgan Stanley Structured Trust I 2007-1, Asset-Backed Certificates, Series 2007-1, Secured Creditor herein, and am most familiar with the loan and the ongoing litigation.

3.    The real property subject to the Trust Deed is commonly described as 1301 Clagett Lane, Las Vegas, NV 89110 and legally described as follows:

Lot Thirty-Six (36) in Block Three (3) of SHEAKER HEIGHTS UNIT 8, as shown by Map thereof on file in Book 37 of Plats, page 60, in the office of the County Recorder, Clark County, Nevada.

4.    I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by this reference, and am representing my personal knowledge as to whether the Debtor have complied with the requirements of said Order.

5.    Pursuant to the aforementioned Order, the Debtor would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtor has failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6.    As of the date of this Declaration, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | |
|---|---|---|
| a. | 2 Mortgage payments at $1,548.52 (October 1, 2009   November 1, 2009 ) | $3,097.04 |
| b. | 2 Stipulated payments at $407.73 (September 20, 2009   October 20 , 2009) | $815.46 |
| c. | Attorneys Fees | $100.00 |
| | Total Reinstatement | $4,012.50 |

7.    Debtors are responsible for the subsequent payments that will come due during this Breach period:

| | | |
|---|---|---|
| a. | 1 Stipulated payments at $407.73 (November 20, 2009) | $407.73 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

8. Due to Debtors failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Trust Deed.

10. Should the Debtor cure the default, the Debtor must forward the funds to:

**GREGORY L. WILDE, ESQ.**
**WILDE & ASSOCIATES**
**208 South Jones Boulevard**
**Las Vegas, Nevada 89107**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Anna Goodpaster    Assistant Vice President

SUBSCRIBED and SWORN to before me
this ____ day of _____, 2009

_____
Notary Public in and for said
State and County

ANGELO DUPON MAYFIELD
Notary Public, State of Texas
My Commission Expires
October 10, 2012

**Entered on Docket**
**July 24, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Deutsche Bank National Trust Company, as Trustee for the holders of Morgan Stanley Asset-Backed Certificates, Series 2007-1
09-72337 / 2000313830

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-21213-mkn |
| Jorge Rocha | MS Motion No.<br>Date: 6/10/2009<br>Time: 1:30 P.M. |
| | Chapter 13 |
| Debtors. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and

EXHIBIT 

1  pleadings on file herein and good cause appearing therefor,

2      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
3  petition arrearages currently due as follows:

| | |
|---|---|
| 1 Monthly Payments at $1,546.39 (May 1, 2009) | $1,546.39 |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Total Arrearages | $2,446.39 |

8      The above arrearage shall be paid in six (6) monthly installments of $407.73. These payments
9  shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month
10 commencing with the June 20, 2009 payment and continuing throughout and concluding on or before
11 November 20, 2009.

12     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
13 Debtors at least five business days' notice of the time, place and date of sale.

14     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
15 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
16 with the June 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property,
17 generally described as 1301 Clagett Lane, Las Vegas, NV 89110, and legally described as follows:

18     Lot Thirty-Six (36) in Block Three (3) of SHEAKER HEIGHTS UNIT 8, as shown by Map thereof on file in Book 37 of Plats, page 60, in the office of the County Recorder, Clark County, Nevada.

19     IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any
20 payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's
21 Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
22 Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each
23 such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be
24 paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
25 the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
26 Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

1  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
2  possession thereof.
3
4  Submitted by:
5  WILDE & ASSOCIATES
6
7  By _____
8  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
9  208 South Jones Boulevard
   Las Vegas, Nevada 89107
10
11 APPROVED AS TO FORM & CONTENT:

12 Rick A. Yarnall

13 By _____ 7-13-09

14 Rick A. Yarnall
   Chapter 13 Trustee
15 701 Bridger Avenue #820
   Las Vegas, NV 89101
16

Rodney K. Okano

By _____

Rodney K. Okano
Attorney for Debtors
4180 S. Rainbow Blvd., #804
Las Vegas, NV 89103

Nevada Bar No. 7852

```
 1  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    208 South Jones Boulevard
 3  Las Vegas, Nevada 89107
 4  Telephone: 702 258-8200
    Fax: 702 258-8787
 5
    and
 6
 7  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
 8  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
 9  Phoenix, Arizona 85016
    Telephone (602) 255-6000
10
11  Deutsche Bank National Trust Company, as Trustee for the holders of Morgan Stanley Asset-Backed
    Certificates, Series 2007-1
12  09-72337 / 2000313830
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re: | 08-21213-mkn |
|---|---|
| Jorge Rocha | MS Motion No.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### CERTIFICATE OF MAILING OF
### DECLARATION RE BREACH OF CONDITION

1. On __11-3-09__ I served the following documents(s):

   DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

**X  a. ECF System**

    Rodney K. Okano
    2400 So. Cimarron Rd.
    Ste. 130
    Las Vegas, NV 89117
    Attorney for Debtor

    Rick A. Yarnall
    701 Bridger Avenue #820
    Las Vegas, NV  89101
    Trustee

**X  b. United States mail, postage fully prepaid:**

    Jorge Rocha
    1301 Clagett Lane
    Las Vegas, NV  89110
    Debtors

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney s office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person s dwelling house or usual place of abode with someone of suitable age and discretion residing there.

N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _[signature]_  11-3-09