

Entered on Docket
January 27, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

RICK A. YARNALL
CHAPTER 13 STANDING TRUSTEE
701 Bridger AveSuite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**JORGE ROCHA**<br><br><br>**Debtor**<br><br>**LAW OFFICE OF RODNEY K OKANO**<br>**Attorney for Debtor** | Chapter 13<br> BKS-08-21213-MKN<br><br>Hearing Date:  01/07/2010<br>Hearing Time:  2:00 PM |

### ORDER OF DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS

   A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

  (X)   Trustee           (  ) Debtor(s)           (  ) Attorney for Debtor(s)           (  ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

      IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  January 25, 2010


/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee
(JCL)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one);

\_\_\_\_The court has waived the requirement of approval under LR 9021.

\_X\_\_This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

      None - no parties appeared

\_\_\_\_This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_X\_\_I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###